42 So.2d 496

**Judson HOLMES, alias v. STATE.**

**4 Div. 561.**

Supreme Court of Alabama.

June 23, 1949.

Rehearing Denied Oct. 27, 1949.

Judson Holmes, pro se.

A. A. Carmichael, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Judson Holmes for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Holmes v. State, 42 So.2d 494.

Writ denied.

FOSTER, LAWSON and SIMPSON, JJ., concur.

42 So.2d 595

**Richard L. WILLIAMS v. STATE.**

**6 Div. 900.**

Supreme Court of Alabama.

Oct. 27, 1949.

A. A. Carmichael, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for the petition.

Ray & Giles of Birmingham, and Richard L. Williams, pro se, opposed.

LIVINGSTON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Williams v. State, 42 So.2d 594.

Writ denied.

All the Justices concur, except GARD-NER, C. J., not sitting.